CLERK'S OFFICE                                                    CO-932
UNITED STATES DISTRICT COURT                                      Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

**FILED**

Civil Action No. **06 0818**

MAY - 3 2006

(To be supplied by the Clerk)

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTICE TO PARTIES:

Pursuant to Rule 405(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

---

The plaintiff, defendant or counsel must complete the following:

I.  RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

    A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e's) below.]

    [X] (a)   relates to common property

    [X] (b)   involves common issues of fact

    [X] (c)   grows out of the same event or transaction

    [ ] (d)   involves the validity or infringement of the same patent

    [X] (e)   is filed by the same pro se litigant

2.  RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

    A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

    Check box if new case is related to a dismissed case: [ ]

3.  NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):
    03-1991, 05-0024 and 04-0152 in this Court, on appeal in D.C. Circuit as of 05-5089, 05-223, 05-5090, 05-7009

4.  CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

    ~~See other side~~ Gray et al v. Bodman   C.A. No. 03-1991 RMC

    May 3, 2006
    DATE                          Signature of Plaintiff/Defendant (or counsel)

CAPTION AND CASE NUMBER OF RELATED CASES

Consolidated Edison Co. et al v. Bodman et al 03-1991RMC D.D.C.

Philip P. Kalodner v. Bodman et al            05-0024RMC D.D.C.

Philip P. Kalodner v. Public Service El.et al 04-0152HHK D.D.C.


All three cases are on appeal to the Court of Appeals for the District of Columbia Circuit, as of 05-5089 and 05-5223 in the first case, 05-5090 in the second case, and 05-7009 in the third case

Pursuant to a Decision issued by the D.C. Circuit April 21, 2006, the first and third cases are to be remanded for further proceedings in the District Court