UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP P. KALODNER )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>SAMUEL BODMAN, Secretary of Energy, U.S.; )<br>GEORGE BREZNAY, Director, Office of Hearings )<br>and Appeals, U.S Dept. of Energy; PUBLIC SERVICE )<br>ELECTRIC & GAS CO.; EASTMAN CHEMICAL )<br>CO.; GENERAL MOTORS CORP.; SEAGROUP, )<br>INC.; GENERAL COUNCIL OF FINANCE AND )<br>ADMINISTRATION OF THE UNITED )<br>METHODIST CHURCH; CITY OF NEW YORK; )<br>ZIM ISRAEL NAVIGATION CO., LTD )<br>)<br>**Defendants.** ) | Civil Action: 06-0818 (RMC) |

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Stephen C. Skubel as counsel in this case for the

Defendants Samuel Bodman and George B. Breznay, U.S. Department of Energy.


June 30, 2006                                              _____/s/_____
                                                                                Stephen C. Skubel, D.C. Bar # 256461
                                                                                U.S. DEPARTMENT OF ENERGY
                                                                                GC-32 FORS
                                                                                1000 Independence Ave. SW
                                                                                Washington DC 20585
                                                                                202-586-5579

**CERTIFICATE OF SERVICE**

I, Stephen C. Skubel, certify that on this 30th day of June, 2006, I caused a true and correct copy of this document to be served by first class mail, postage prepaid to:

Philip P. Kalodner
208 Righters Mill Road
Gladwyne, PA 19035
*Plaintiff*

Public Service Electric & Gas Co.
80 Park Plaza
Newark, NJ 07102-4109
*Defendant*

Eastman Chemical Company
100 N. Eastman Road
Kingsport, TN 37660-5265
*Defendant*

General Motors Corporation
2000 Renaissance Center Box 300
Detroit, MI 48265-3000
*Defendant*

SEAGROUP, INC
2187 Atlantic St.
Stamford, CT 06902-6880
*Defendant*

General Council of Finance and Administration
of the United Methodist Church
1200 Davis St.
Evanston, IL 60201-4193
*Defendant*

City of New York
100 Church St.
New York, NY 10007
*Defendant*

Zim Israel Navigation Co. Ltd
5801 Lakewright Dr.
Norfolk, VA 23502-1862
*Defendant*

_____/s/_____
STEPHEN C. SKUBEL