UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP P. KALODNER                      ) | |
| )| |
| **Plaintiff,**                                    ) | |
| ) | |
| v.                                                    ) | Civil Action: 06-0818 (RMC) |
| ) | |
| SAMUEL BODMAN, Secretary of Energy, U.S.;   ) | |
| GEORGE BREZNAY, Director, Office of Hearings ) | APPEARANCE |
| and Appeals, U.S Dept. of Energy; PUBLIC SERVICE ) | |
| ELECTRIC & GAS CO.; EASTMAN CHEMICAL   ) | |
| CO.; GENERAL MOTORS CORP.; SEAGROUP, ) | |
| INC.; GENERAL COUNCIL OF FINANCE AND ) | |
| ADMINISTRATION OF THE UNITED ) | |
| METHODIST CHURCH; CITY OF NEW YORK; ) | |
| ZIM ISRAEL NAVIGATION CO., LTD ) | |
| ) | |
| **Defendants.**                                ) | |

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Ada L. Mitrani as counsel in this case for the

Defendants Samuel Bodman and George B. Breznay, U.S. Department of Energy.


June 30, 2006                                             _____/s/_____
                                                                        Ada L. Mitrani
                                                                        U.S. DEPARTMENT OF ENERGY
                                                                        GC-32 FORS
                                                                         1000 Independence Ave. SW
                                                                         Washington DC 20585
                                                                         202-586-5550

**CERTIFICATE OF SERVICE**

    I, Ada L. Mitrani, certify that on this ____ day of June, 2006, I caused a true and correct copy of this document to be served by first class mail, postage prepaid to:

Philip P. Kalodner
208 Righters Mill Road
Gladwyne, PA 19035
*Plaintiff*

Public Service Electric & Gas Co.
80 Park Plaza
Newark, NJ 07102-4109
*Defendant*

Eastman Chemical Company
100 N. Eastman Road
Kingsport, TN 37660-5265
*Defendant*

General Motors Corporation
2000 Renaissance Center Box 300
Detroit, MI 48265-3000
*Defendant*

SEAGROUP, INC
2187 Atlantic St.
Stamford, CT 06902-6880
*Defendant*

General Council of Finance and Administration
of the United Methodist Church
1200 Davis St.
Evanston, IL 60201-4193
*Defendant*

City of New York
100 Church St.
New York, NY 10007
*Defendant*

Zim Israel Navigation Co. Ltd
5801 Lakewright Dr.
Norfolk, VA 23502-1862
*Defendant*

_____/s/_____
ADA L. MITRANI