IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP P. KALODNER ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| V. ) | 1:06CV00818 (RMC) |
| ) | |
| BODMAN, ET AL. ) | |
| ) | |
| Defendants ) | |

## MOTION TO EXTEND TIME

The parties hereto, representing all the parties in the above-captioned matter, hereby move the Court for an Order (1) extending the time within which Defendants must serve and file their answers or other responsive pleadings from July 3, 2006 (for defendants Bodman and Breznay) and July 5, 2006 (for all other defendants) to September 5, 2006, and (2) extending the time within which Plaintiff must file his motion for class certification from August 4, 2006 to October 4, 2006.

Respectfully Submitted,

_Philip Kalodner_ (ABM)
Philip P. Kalodner
208 Righters Mill Rd.
Gladwyne PA 19035
(610) 649-8749
DC Bar 973578
Plaintiff

_John Low-Beer_ (ABM)
John R. Low-Beer
Asst. Corporation Counsel
City of New York
100 Church St. Room 3-162
New York, N.Y. 10007
(212) 788-1007

Counsel for defendant
City of New York

_____ (ABM)
Stephen Skubel Bar #256461
Ada L. Mitrani
U.S. Department of Energy
GC-32, Forrestal Bldg
1000 Independence Ave., S.W.
Washington, DC 20585
(202) 586-5550

Counsel for defendants
Samuel Bodman and George
Breznay

_____ (ABM)
Michael F. Healy Bar #940221
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. N.W.
Washington D.C. 20004
(202) 739-3000

Counsel for defendants Public
Service Electric & Gas Co.,
Eastman Chemical Co. and General
Motors Corp.

_____
Stanley O. Sher Bar # 11924
Alison B. Macdonald Bar #475079
1850 M St. NW Suite 900
Washington DC 20036
(202)-463-2500

Counsel for defendants
General Council on Finance and
Administration of the United
Methodist Church; Seagroup, Inc.:
Zim Israel Navigation Co. Ltd

Dated: June 30, 2006