IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILIP P. KALODNER )
)
Plaintiff )
)
        V. )   CIVIL ACTION NO.
)   1:06CV00818 (RMC)
)
BODMAN, ET AL. )
)
Defendants )

## MOTION TO FURTHER EXTEND TIME

The parties hereto, representing all the parties in the above-captioned matter, hereby move the Court for an Order (1) extending the time within which Defendants must serve and file their answers or other responsive pleadings from September 5, 2006 to October 5, 2006 and (2) extending the time within which Plaintiff must file his motion for class certification from October 4, 2006 to November 6, 2006.

Respectfully Submitted,

*Philip P. Kalodner* (ABM)
Philip P. Kalodner
208 Righters Mill Rd.
Gladwyne PA 19035
(610) 649-8749
DC Bar 973578
Plaintiff

*John R. Low-Beer* (ABM)
John R. Low-Beer
Asst. Corporation Counsel
City of New York
100 Church St. Room 3-162
New York, N.Y. 10007
(212) 788-1007

Counsel for defendant
City of New York

_Stephen Skubel_ (ABM)
Stephen Skubel Bar #25646
Ada L. Mitrani
U.S. Department of Energy
GC-32, Forrestal Bldg
1000 Independence Ave., S.W.
Washington, DC 20585
(202) 586-5550

Counsel for defendants
Samuel Bodman and George
Breznay

_Alison B. Macdonald_
Stanley O. Sher Bar # 11924
Alison B. Macdonald Bar #475079
1850 M St. NW Suite 900
Washington DC 20036
(202)-463-2500

Counsel for defendants
General Council on Finance and
Administration of the United
Methodist Church; Seagroup, Inc.;
Zim Israel Navigation Co. Ltd

_Michael F. Healy_ (ABM)
Michael F. Healy Bar #940221
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. N.W.
Washington D.C. 20004
(202) 739-3000

Counsel for defendants Public
Service Electric & Gas Co.,
Eastman Chemical Co. and General
Motors Corp.

Dated: September 1, 2006