IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP P. KALODNER <br><br> Plaintiff <br><br> v. <br><br> BODMAN, ET AL. <br><br> Defendants | ) <br> ) <br> ) <br> )    CIVIL ACTION NO. <br> )    1:06CV00818 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) |

**RENEWED MOTION TO FURTHER EXTEND TIME**

The undersigned parties hereby move the Court for an Order (1) extending the time within which Defendants must serve and file their answers or other responsive pleadings from September 5, 2006 to October 5, 2006 and (2) extending the time within which Plaintiff must file his motion for class certification from October 4, 2006 to November 6, 2006.

In support of this Motion, the parties state that they have been involved in serious and ongoing efforts to settle this litigation. The extension of time is requested to allow the parties to fully and finally determine whether or not settlement is possible at this time.

Respectfully Submitted,

*/s/ Philip P. Kalodner*
Philip P. Kalodner
208 Righters Mill Rd.
Gladwyne PA 19035
(610) 649-8749
DC Bar 973578
Plaintiff

*/s/ Michael F. Healy*
Michael F. Healy Bar #940221
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. N.W.
Washington D.C. 20004
(202) 739-3000

Counsel for defendants Public
Service Electric & Gas Co.,
Eastman Chemical Co. and General
Motors Corp.

_____  (ABM)
Stephen Skubel Bar #256461
Ada L. Mitrani Bar # 498560
U.S. Department of Energy
GC-32, Forrestal Bldg
1000 Independence Ave., S.W.
Washington, DC 20585
(202) 586-5550

Counsel for defendants
Samuel Bodman and George Breznay

_____
Stanley O. Sher Bar #11924
Alison B. Macdonald Bar #475079
1850 M St. NW Suite 900
Washington DC 20036
(202)-463-2500

Counsel for defendants
General Council on Finance and Administration of the United Methodist Church; Seagroup, Inc.; Zim Israel Navigation Co. Ltd

Dated: September 1, 2006