### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP P. KALODNER )<br>)<br>Plaintiff )<br>)<br>V. )<br>)<br>)<br>BODMAN, ET AL. )<br>)<br>Defendants )<br>) | CIVIL ACTION NO.<br>1:06CV00818 (RMC) |

## **ORDER**

Having considered the renewed motion to extend time, it is hereby

ORDERED that the time within which Defendants must serve and file their answers or other responsive pleadings is extended from September 5, 2006 to October 5, 2006, and

ORDERED that the time within which Plaintiff must file his motion for class certification is extended from October 4, 2006 to November 6, 2006.

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge