**Certificate of Service**

I hereby certify that I have caused a copy of the foregoing Renewed Motion to Further Extend Time and the accompanying proposed order to be served on the following by email and U.S. Mail, postage prepaid.

    John R. Low-Beer
    Asst. Corporation Counsel
    City of New York
    100 Church St. Room 3-162
    New York, N.Y. 10007
    (212) 788-1007

    Counsel for defendant
    City of New York

                                                  _/s/ Alison B. Macdonald_
                                                 Alison B. Macdonald

Dated: September 1, 2006