UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILIP P. KALODNER** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: 06-0818 (RMC) |
| | ) |
| **SAMUEL BODMAN, Secretary of Energy, U.S.;** | ) |
| **GEORGE BREZNAY, Director, Office of Hearings** | ) |
| **and Appeals, U.S Dept. of Energy; PUBLIC SERVICE** | ) |
| **ELECTRIC & GAS CO.; EASTMAN CHEMICAL** | ) |
| **CO.; GENERAL MOTORS CORP.; SEAGROUP,** | ) |
| **INC.; GENERAL COUNCIL OF FINANCE AND** | ) |
| **ADMINISTRATION OF THE UNITED** | ) |
| **METHODIST CHURCH; CITY OF NEW YORK;** | ) |
| **ZIM ISRAEL NAVIGATION CO., LTD;** | ) |
| **FLORIDA POWER CORPORATION,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case, having come before the Court on the Federal Defendants' Motion to Dismiss filed herein on October 2, 2006, upon consideration of the matter, the arguments presented by the parties, and the record before the Court, it is hereby **ORDERED** that:

The Federal Defendants' Motion to Dismiss is **GRANTED** and

**FURTHER ORDERED** that:

The Plaintiff's claims against the Federal Defendants are dismissed with prejudice.

**SO ORDERED**  this _____ day of _____, 2006.

_____
United States District Court Judge

Copies by U.S. Mail to:

Michael Healy
MORGAN LEWIS& BOCKIUS LLP
1111 Pennsylvania Avenue
Washington, D.C. 20004
*Attorney for Public Service Electric & Gas Co.,
Eastman Chemical Company, and
General Motors Corporation*

City of New York
100 Church St.
New York, NY 10007
*Defendant*