IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP P. KALODNER ) | |
| ) | |
| Plaintiff ) | CIVIL ACTION NO. |
| ) | 1:06CV00818 (RMC) |
| v. ) | |
| ) | |
| BODMAN, ET AL. ) | |
| ) | |
| Defendants ) | |

## MOTION TO DISMISS

Undersigned defendants hereby move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the complaint in this action for failure to state a claim upon which relief can be granted. This motion is based on the arguments and authorities set forth in the Memorandum which accompanies this motion.

Respectfully submitted,

_____(ABH)
Michael F. Healy Bar #940221

MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. N.W.
Washington D.C. 20004
(202) 739-3000

Counsel for defendants
Public Service Electric & Gas Co.;
Eastman Chemical Co.; General
Motors Corp.; and Florida Power Co.

_____
Stanley O. Sher, D.C. Bar #11924
Alison B. Macdonald, D.C. Bar #475079

SHER & BLACKWELL LLP
1850 M Street, N.W.
Suite 900
Washington, D.C. 20036
Tel: 202-463-2500
Fax: 202-463-4950

Counsel for defendants
General Council on Finance and
Administration of the United
Methodist Church; Seagroup, Inc.; and
Zim Integrated Shipping Services Ltd.

October 5, 2006