**CERTIFICATE OF SERVICE**

I, Alison B. Macdonald, hereby certify that copies of the foregoing Motion to Dismiss and accompanying Memorandum of Points and Authorities of Defendants Public Service Electric & Gas Co., Eastman Chemical Co., General Motors Corp., Seagroup, Inc., General Council on Finance and Administration of the United Methodist Church, Zim Integrated Shipping Services, Ltd., and Florida Power Co. was served this 5th day of October, 2006, by sending true copies thereof by first class U.S. mail, postage prepaid, to the following parties:

Philip P. Kalodner, Esq.
208 Righters Mill Road
Gladwyne, PA 19035

John R. Low-Beer, Esq.
Asst. Corporation Counsel
City of New York
New York City Law Department
100 Church Street
New York, NY 10007

Stephen C. Skubel
Ada L. Mitrani
U.S. Dept. of Energy
Office of the General Counsel, GC-32
1000 Independence Ave. SW
Washington DC 20585

*Alison B. Macdonald*
Alison B. Macdonald