IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP P. KALODNER )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>BODMAN, ET AL. )<br>)<br>Defendants ) | CIVIL ACTION NO.<br>1:06CV00818 (RMC) |

## ORDER

Having considered the motion to dismiss the complaint in this case filed by defendants Public Service Electric & Gas Co., Eastman Chemical Co., General Motors Corp., Seagroup, Inc., General Council on Finance and Administration of the United Methodist Church, Zim Integrated Shipping Services, Ltd., and Florida Power Co., the Memorandum of Points and Authorities filed in support thereof, and plaintiff's opposition thereto, it is hereby

ORDERED that the motion to dismiss is granted, and plaintiff's complaint against the Public Service Electric & Gas Co., Eastman Chemical Co., General Motors Corp., Seagroup, Inc., General Council on Finance and Administration of the United Methodist Church, Zim Integrated Shipping Services, Ltd., and Florida Power Co. is dismissed with prejudice.

Date: _____, 2006

_____
United States District Judge