UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PHILIP P. KALODNER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: 06-0818 (RMC) |
| | ) | |
| SAMUEL BODMAN, Secretary of Energy, U.S.; | ) | |
| GEORGE BREZNAY, Director, Office of Hearings | ) | |
| and Appeals,  U.S Dept. of Energy; PUBLIC SERVICE | ) | |
| ELECTRIC & GAS CO.; EASTMAN CHEMICAL | ) | |
| CO.; GENERAL MOTORS CORP.; SEAGROUP, | ) | |
| INC.; GENERAL COUNCIL OF FINANCE AND | ) | |
| ADMINISTRATION OF THE UNITED | ) | |
| METHODIST CHURCH; CITY OF NEW YORK; | ) | |
| ZIM ISRAEL NAVIGATION CO., LTD; | ) | |
| FLORIDA POWER CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

The Federal Defendants, Secretary Samuel Bodman and Director of Office of Hearings and Appeals George Breznay, U.S. Department of Energy ("DOE"), hereby advise the Court as follows:

1.    On October 2, 2006, DOE filed a Motion to Dismiss based on: 1) lack of subject matter jurisdiction, and 2) failure to state a claim upon which relief can be granted.  DOE's argument for lack of subject matter jurisdiction was supported by the pending appeal in the Federal Circuit, *Kalodner v. Bodman*, case 05-1310, involving the same parties and the same issue.

2.    On October 4, 2006, the Federal Circuit dismissed Plaintiff's appeal.

In light of the dismissal, DOE hereby withdraws its contention that this Court lacks subject matter jurisdiction.

Respectfully submitted,

STEPHEN C. SKUBEL, D.C. Bar # 256461

_____/s/_____
ADA. L. MITRANI, D.C. Bar # 498560

1

U.S. Department of Energy
Office of the General Counsel, GC-32
1000 Independence Ave, SW
Washington DC, 20585
202-586-5550

## CERTIFICATE OF SERVICE

I, Ada L. Mitrani, certify that on this 11th day of October, 2006, I caused a true and correct copy of this document to be served by first class mail, postage prepaid to:

Michael Healy
MORGAN LEWIS& BOCKIUS LLP
1111 Pennsylvania Avenue
Washington, D.C. 20004
*Attorney for*
*Public Service Electric & Gas Co.,*
*Eastman Chemical Company, and*
*General Motors Corporation*

City of New York
100 Church St.
New York, NY 10007
*Defendant*

_____
/s/ ADA L. MITRANI

2