IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP P. KALODNER | : |
| Plaintiff | : |
| V. | : |
| | : CIVIL ACTION NO. |
| SAMUEL BODMAN, Secretary of Energy, United States; GEORGE B. BREZNAY Director, Office of Hearings and Appeals; | : No. 1:06-cv-00818(RMC) |
| AND | : |
| PUBLIC SERVICE ELECTRIC & GAS CO.; EASTMAN CHEMICAL COMPANY; GENERAL MOTORS CORPORATION; SEAGROUP, INC. GENERAL COUNCIL ON FINANCE AND ADMINISTRATION OF THE UNITED METHODIST CHURCH; CITY OF NEW YORK; ZIM ISRAEL NAVIGATION CO. LTD; FLORIDA POWER CORPORATION | : CLASS ACTION |
| Defendants | : |

MOTION TO EXCEED PAGE LIMITS
IN PLAINTIFF'S STATEMENT OF POINTS AND AUTHORITIES
IN OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO DISMISS

Plaintiff Philip P. Kalodner respectfully requests that he be permitted to exceed the 45 page limit applicable to his Statement of Points and Authorities in Opposition to Federal Defendants' Motion to Dismiss and that the attached 58 page Statement be filed. In support of such Motion, plaintiff avers as

1

follows:

    1. The basis of the Federal Defendants' Motion to Dismiss is prior litigation, the Federal Defendants arguing that such litigation precludes the instant action, and accordingly a review of such litigation is necessary in addressing the Motion to Dismiss. Such review requires more than 20 pages, and is the reason why Plaintiff has found it necessary to exceed the 45 page limit by 13 pages.

    2. Plaintiff will address in a Statement to be filed shortly a separate Motion to Dismiss which has been filed in this action by seven of the eight private crude oil refund claimants who have been named as defendants, and as putative representatives of a class of more than 29,000 crude oil refund claimants. Plaintiff anticipates referencing the description of the prior litigation set forth in the instant Statement, thereby reducing the length of such Statement to be filed in response to the claimants' Motion to Dismiss.  Plaintiff will observe a 32 page limit in that Statement, thereby assuring that the combined number of pages in the two Statements will not exceed the 90 pages which are permitted by the Court's Rules.

                    Respectfully submitted,

                    _____
                    Philip P. Kalodner
                    208 Righters Mill Road
                    Gladwyne PA 19035
                    610-649-8749
                    DC Bar 973578

October 14, 2006          Plaintiff Pro Se
_____

```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| PHILIP P. KALODNER : | |
| Plaintiff : | |
| V. : | |
| : | CIVIL ACTION NO. |
| SAMUEL BODMAN, Secretary of Energy,: | |
| United States; GEORGE B. BREZNAY : | No. 1:06-cv-00818(RMC) |
| Director, Office of Hearings and : | |
| Appeals; : | |
| AND : | |
| PUBLIC SERVICE ELECTRIC & GAS CO.; : | |
| EASTMAN CHEMICAL COMPANY; GENERAL : | |
| MOTORS CORPORATION; SEAGROUP, INC. : | CLASS ACTION |
| GENERAL COUNCIL ON FINANCE AND : | |
| ADMINISTRATION OF THE UNITED : | |
| METHODIST CHURCH; CITY OF NEW YORK;: | |
| ZIM ISRAEL NAVIGATION CO. LTD; : | |
| FLORIDA POWER CORPORATION : | |
| Defendants : | |

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Statement of Points and Authorities in Opposition to Federal Defendants' Motion to Dismiss and the attached Motion to Exceed Page Limits for such Statement this 14th day of October, 2006 by first class mail, postage prepaid, upon the following:

John R. Low-Beer
100 Church St.
New York, N.Y. 10007

Attorney for defendant
City Of New York                        _____

                                        Philip P. Kalodner