IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP P. KALODNER | : |
| Plaintiff | : |
| V. | : |
| | : CIVIL ACTION NO. |
| SAMUEL BODMAN, Secretary of Energy, United States; GEORGE B. BREZNAY Director, Office of Hearings and Appeals; | : No. 1:06-cv-00818(RMC) |
| AND | : |
| PUBLIC SERVICE ELECTRIC & GAS CO.; EASTMAN CHEMICAL COMPANY; GENERAL MOTORS CORPORATION; SEAGROUP, INC. GENERAL COUNCIL ON FINANCE AND ADMINISTRATION OF THE UNITED METHODIST CHURCH; CITY OF NEW YORK; ZIM ISRAEL NAVIGATION CO. LTD; FLORIDA POWER CORPORATION | : CLASS ACTION |
| Defendants | : |

<u>MOTION TO FILE CORRECTED ATTACHMENT TO MOTION TO EXCEED PAGE
LIMITS IN PLAINTIFF'S STATEMENT OF POINTS AND AUTHORITIES
IN OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO DISMISS</u>

Plaintiff Philip P. Kalodner respectfully requests that he be permitted to file the corrected attachment to his Motion to exceed the 45 page limit, i.e. a Corrected Plaintiff's Statement of Points and Authorities in Opposition to Federal Defendants' Motion to Dismiss, and that such replace the Attachment submitted

1

with Docket Entry 12. In support of such Motion, plaintiff avers as follows:

    1. In submitting the Plaintiff's Statement of Points and Authorities in Opposition to Federal Defendants' Motion to Dismiss which is attached to Plaintiff's Motion to Exceed Page Limits, Plaintiff inadvertently included pages following his signature on page 58 which were notes for preparation of the Statement.

    2. The Corrected Statement submitted herewith is the same Statement as submitted, omitting only the pages of notes which were inadvertently submitted. In its Corrected form, it is the 58 page Statement which Plaintiff requests permission to have filed.

    Respectfully submitted,

_____
Philip P. Kalodner
208 Righters Mill Road
Gladwyne PA 19035
610-649-8749
DC Bar 973578

October 14, 2006   Plaintiff Pro Se