IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP P. KALODNER<br><br>    Plaintiff<br><br>V.<br><br>SAMUEL BODMAN, Secretary of Energy,<br>United States; GEORGE B. BREZNAY<br>Director, Office of Hearings and<br>Appeals;<br><br>AND<br><br>PUBLIC SERVICE ELECTRIC & GAS CO.;<br>EASTMAN CHEMICAL COMPANY; GENERAL<br>MOTORS CORPORATION; SEAGROUP, INC.<br>GENERAL COUNCIL ON FINANCE AND<br>ADMINISTRATION OF THE UNITED<br>METHODIST CHURCH; CITY OF NEW YORK;<br>ZIM ISRAEL NAVIGATION CO. LTD;<br>FLORIDA POWER CORPORATION<br><br>    Defendants | CIVIL ACTION NO.<br><br>No. 1:06-cv-00818(RMC)<br><br><br><br><br><br><br><br>CLASS ACTION |

<u>ORDER (i) GRANTING MOTION TO FILE CORRECTED ATTACHMENT TO MOTION
TO EXCEED PAGE LIMITS, AND (ii) GRANTING MOTION THAT THE
CORRECTED PLAINTIFF'S STATEMENT OF POINTS AND AUTHORITIES
IN OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO DISMISS BE FILED</u>

Upon consideration of the Plaintiff's Motion to File a Corrected Attachment to his Motion to Exceed Page Limits, and of Plaintiff's Motion to Exceed Page Limits, it is hereby ORDERED that the Corrected Plaintiff's Statement of Points and Authorities In Opposition to Federal Defendant's Motion to Dismiss shall be filed.

                                                                                            _____

                                                                   ROSEMARY M. COLLYER
                                                                   United States District Judge