IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| PHILIP P. KALODNER | : |
|     Plaintiff | : |
| | : |
|     v. | : |
| | :    CIVIL ACTION NO. |
| SAMUEL BODMAN ,Secretary of Energy, | : |
| United States; GEORGE B. BREZNAY | :    No. 1:06-cv-00818(RMC) |
| Director, Office of Hearings and | : |
| Appeals; AND | : |
| | : |
| PUBLIC SERVICE ELECTRIC & GAS CO.; | : |
| EASTMAN CHEMICAL COMPANY; GENERAL | : |
| MOTORS CORPORATION; SEAGROUP, INC. | :    CLASS ACTION |
| GENERAL COUNCIL ON FINANCE AND | : |
| ADMINISTRATION OF THE UNITED | : |
| METHODIST CHURCH; CITY OF NEW YORK; | : |
| ZIM ISRAEL NAVIGATION CO. LTD; | : |
| FLORIDA POWER CORPORATION | : |
|     Defendants | : |
| | : |

---

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF | : |
| NEW YORK, INC. Et al | : |
|     Plaintiffs | : |
| | : |
|     v. | :    Civil Action No. |
| | :    1:03CV01991(RMC) |
| SPENCER ABRAHAM,  SECRETARY OF | : |
| ENERGY OF THE UNITED STATES | : |
| et al | : |
|     Defendants | : |

---

| | |
|---|---|
| PHILIP P. KALODNER | : |
|     Plaintiff | : |
| | : |
|     v. | : |
| | :    CIVIL ACTION NO. |
| PUBLIC SERVICE ELECTRIC & GAS CO. | :    1:04CV00152 (HHK) |
| et al | : |
|     Defendants | : |

---

ORDER GRANTING MOTION TO CONSOLIDATE

Philip P. Kalodner, Pro Se in C.A. 06-0818 and 04-0152 and

1

as attorney for Plaintiffs, Consolidated Edison Co. et al, in C.A. 03-1991, has moved that the actions remanded in 03-1991RMC and 04-0152HHK by the Court of Appeals for the District of Columbia Circuit in <u>Consolidated Edison Co. Of New York v. Bodman</u>, 445 F. 3d 438 (D.C. Cir. 2006) be consolidated with the action pending before Judge Rosemary M. Collyer as of 06-0818RMC.

Pursuant to Local Rule LcvR 40.5 (e), "Motions to consolidate cases assigned to different judges of this court shall be heard and determined by the judge to whom the earlier-numbered case is assigned."

The earlier-numbered case here, 03-1991RMC is assigned to Judge Collyer, and accordingly determination of the motion to consolidate is to be by Judge Collyer.

Upon consideration, the Court has determined to grant the motion. Accordingly,

IT IS ORDERED that the remanded action as of 04-0152HHK pending before Judge Henry H. Kennedy Jr. and the remanded action as of 03-1991RMC pending before Judge Rosemary M. Collyer are hereby consolidated with the action as of 06-0818RMC pending before Judge Rosemary M. Collyer.

_____

ROSEMARY M. COLLYER

UNITED STATES DISTRICT JUDGE

2