IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PHILIP P. KALODNER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 1:06-CV-00818 (RMC) |
| | : | |
| **PUBLIC SERVICE ELECTRIC &** | : | |
| **GAS CO., et al.,** | : | |
| | : | |
| **Defendants.** | : | |

### ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Michael F. Healy hereby gives notice of his entry of appearance on behalf of defendants Public Service Electric & Gas Co., Florida Power Corp., Eastman Chemical Co. and General Motors Corp.

Respectfully submitted,

 /s/_____
Michael F. Healy (D.C. Bar No. 940221)
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000
(202) 739-3001 (facsimile)

October 27, 2006

1-WA/2649856.1