IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP P. KALODNER : <br> : <br> Plaintiff : <br> : <br> V. : <br> : <br> SAMUEL BODMAN, Secretary of Energy,: <br> et al : <br> : <br> AND : <br> : <br> : <br> PUBLIC SERVICE ELECTRIC & GAS CO. : <br> et al : <br> : <br> Defendants : | CIVIL ACTION NO. <br> 1:06CV00818 (RMC) |

ORDER GRANTING
PLAINTIFF'S MOTION FOR CERTIFICATION OF DEFENDANT CLAIMANTS
AS CLASS REPRESENTATIVES PURSUANT TO FEDERAL RULE 23

Plaintiff Philip P. Kalodner has moved (I) that the eight named claimant defendants as to Count II of the Complaint-- Public Service Electric & Gas Co., Eastman Chemical Company, General Motors Corporation, Seagroup Inc.,General Council on Finance and Administration of the United Methodist Church, City of New York, Zim Israel Navigation Co. Ltd., and Florida Power Corporation-- be certified pursuant to Federal Rule of Civil Procedure (FRCP") 23 as representatives of a class consisting of more than 29,500 crude oil refund claimants who have been awarded, or will have been awarded, as of the certification

1

order, a pro rata portion of the approximately $284 million being distributed by the Office of Hearings and Appeals of the U.S. Department of Energy ("OHA" and "DOE") and who have received, or will have received as of the certification order, 89.5% of such pro rata amount due them, excluding from the class those claimants as to whom Plaintiff has waived any common fund fee by virtue of fee agreements with them, and (ii) that counsel for the named claimant defendants, Morgan, Lewis & Bockius, Sher & Blackwell, and the Corporation Counsel of the City of New York be appointed as class counsel.

Upon consideration, the Court has determined to grant such motion.

Accordingly, it is hereby ORDERED:

1. The eight named claimant defendants as to Count II of the Complaint-- Public Service Electric & Gas Co., Eastman Chemical Company, General Motors Corporation, Seagroup Inc.,General Council on Finance and Administration of the United Methodist Church, City of New York, Zim Israel Navigation Co. Ltd., and Florida Power Corporation-- are hereby certified pursuant to Federal Rule of Civil Procedure (FRCP") 23 (b) (1) and (2) as representatives of a class consisting of more than 29,500 crude oil refund claimants who have been awarded as of the date of this Order a pro rata portion of the approximately $284 million being distributed by the Office of Hearings and Appeals of the U.S.

Department of Energy ("OHA" and "DOE") and who have received 89.5% of such pro rata amount due them. Excluded from the class are those claimants as to whom Plaintiff has waived any common fund fee by virtue of fee agreements with them;

    2. Counsel for the named claimant defendants, Morgan, Lewis & Bockius, Sher & Blackwell, and the Corporation Counsel of the City of New York are hereby appointed as class counsel.

                                           _____

                                           ROSEMARY M. COLLYER

                                           UNITED STATES DISTRICT JUDGE