IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP P. KALODNER )<br>　　Plaintiff　　　　　　　　　) <br>　　　　v.　　　　　　　　　　) <br>　　　　　　　　　　　　　　　) <br>BODMAN, ET AL.　　　　　　) <br>　　Defendants　　　　　　　) | Civil Action No.<br>1:06CV00818 (RMC) |

## ORDER

Having considered the Motion to Postpone Consideration of Motion for Class Certification filed by Defendants Public Service Electric & Gas Co., Eastman Chemical Co., Florida Power Corp., General Motors Corp., Seagroup, Inc., General Council on Finance and Administration of the United Methodist Church and Zim Integrated Shipping Services Ltd., and any opposition thereto, it is hereby

ORDERED, that consideration of Plaintiff's Motion for Class Certification is postponed until a decision has been issued on the pending motions to dismiss filed in this case.

_____
United States District Judge

Date: