# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHILIP P. KALODNER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-818 (RMC) |
| SAMUEL BODMAN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that [Dkt. # 9] Federal Defendants' Motion to Dismiss and [Dkt. # 10] Claimant Defendants' Motion to Dismiss are **GRANTED**; [Dkt. # 25] Claimant Defendants' Motion to Stay is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that [Dkt. # 16] Plaintiff's Motion to Consolidate Cases is **DENIED**, and [Dkt. # 20] Plaintiff's Motion for Class Certification is **DENIED WITHOUT PREJUDICE AS MOOT**.

**IT IS FURTHER ORDERED** that this case is dismissed from the docket of the Court. This is a final appealable order. *See* Fed. R. App. P. 4(a)

**SO ORDERED**.

Date: December 18, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge