IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP P. KALODNER : | |
| : | |
| Plaintiff : | |
| : | |
| V. : | |
| : | CIVIL ACTION NO. |
| SAMUEL BODMAN, Secretary of Energy,: | |
| United States; GEORGE B. BREZNAY : | No. 1:06-cv-00818(RMC) |
| Director, Office of Hearings and : | |
| Appeals; : | |
| : | |
| AND : | |
| : | |
| PUBLIC SERVICE ELECTRIC & GAS CO.; : | |
| EASTMAN CHEMICAL COMPANY; GENERAL : | |
| MOTORS CORPORATION; SEAGROUP, INC. : | CLASS ACTION |
| GENERAL COUNCIL ON FINANCE AND : | |
| ADMINISTRATION OF THE UNITED : | |
| METHODIST CHURCH; CITY OF NEW YORK;: | |
| ZIM ISRAEL NAVIGATION CO. LTD; : | |
| FLORIDA POWER CORPORATION : | |
| : | |
| Defendants : | |
| : | |

ORDER GRANTING

MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FRCP 59 (e)

Plaintiff, in 06-0818, Philip P. Kalodner ("Kalodner") has moved this Court to alter or amend its Order and Judgment entered December 18, 2006 to deny Federal Defendants Motion to Dismiss and to deny Claimant Defendants' Motion to Dismiss.

In his capacity as the Moving Party for a common fund fee in 03-1991 and as Plaintiff in 04-0152 and in 06-0818, Kalodner has

1

moved this Court to alter or amend its Order and Judgment entered December 18, 2006 to grant the Motion to Consolidate 03-1991, 04-0152 and 06-0818.

Upon consideration, the Court has determined to grant the Motion

It is hereby ORDERED that

1. Federal Defendants' Motion to Dismiss and Claimant Defendants' Motion to Dismiss are denied.

2. Kalodner's Motion to Consolidate his motion for a common fund fee in 03-1991 and his Complaints in 04-0152 and 06-0818 is granted.

_____

ROSEMARY M. COLLYER

UNITED STATES DISTRICT JUDGE