IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP P. KALODNER )<br>      Plaintiff )<br>)<br>v. )<br>)<br>BODMAN, ET AL. )<br>      Defendants/Movants )<br>) | CIVIL ACTION NO.<br>1:06CV00818 (RMC) |

**UNOPPOSED MOTION OF GENERAL COUNCIL ON FINANCE AND ADMINISTRATION OF THE UNITED METHODIST CHURCH, SEAGROUP, INC., AND ZIM INTEGRATED SHIPPING SERVICES, LTD. FOR ENLARGEMENT OF TIME**

Undersigned defendants hereby move pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for a 9-day enlargement of time until April 6, 2007 to reply to plaintiff's opposition to defendants' Motion for Sanctions Under Rule 11. The current date for defendants to respond to plaintiff's Opposition is March 28, 2007. The purpose of this request for an enlargement of time is to allow defendants' counsel adequate time to review plaintiff's opposition and prepare a reply on behalf of undersigned defendants. The instant motion satisfies the requirement of Rule 6(b), that "cause" be shown for the enlargement, in that all signing counsel for defendants on defendants' Motion for Sanctions are not available through March 30, 2007, owing to overseas travel and maternity leave, respectively. Counsel for undersigned defendants have consulted with plaintiff and are authorized to state plaintiff does not object to the granting of this motion.

WHEREFORE, defendants respectfully request that this motion for enlargement of time be granted.

Respectfully submitted,

_____
Alison B. Macdonald, D.C. Bar #475079
Stanley O. Sher, D.C. Bar # 11924
SHER & BLACKWELL LLP
1850 M Street, N.W., Suite 900
Washington, D.C. 20036
Tel: 202-463-2500
Fax: 202-463-4950
Attorneys for Defendants/Movants
General Council on Finance and
Administration of the United
Methodist Church;
Seagroup, Inc;
Zim Integrated Shipping Services, Ltd.

March 27, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Motion of General Council on Finance and Administration of the United Methodist Church, Seagroup, Inc., and Zim Integrated Shipping Services, Ltd. for Enlargement of Time was served on the following on this 27th day of March 2007:

**By Federal Express:**
Philip P. Kalodner, Esq.
 208 Righters Mill Road
Gladwyne, PA  19035

**By US Mail, postage prepaid:**
John R. Low-Beer, Esq.
Asst. Corporation Counsel
City of New York
New York City Law Department
100 Church Street
New York, NY 10007

Stephen C. Skubel
Ada L. Mitrani
U.S. Dept. of Energy
Office of the General Counsel, GC-32
1000 Independence Ave. SW
Washington DC 20585

Michael F. Healy
Morgan Lewis & Bockius LLP
1111 Pennsylvania Ave. N.W.
Washington D.C. 20004

                                                         W. Clifton Holmes
                                                         SHER & BLACKWELL LLP
                                                         1850 M Street, N.W., Suite 900
                                                         Washington, D.C.  20036
                                                         Tel:  202-463-2500