IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP P. KALODNER ) | |
|     Plaintiff ) | CIVIL ACTION NO. |
| ) | 1:06CV00818 (RMC) |
| v. ) | |
| ) | |
| BODMAN, ET AL. ) | |
|     Defendants ) | |

## DEFENDANTS' MOTION TO HOLD DEFENDANTS' PENDING MOTION FOR SANCTIONS IN ABEYANCE

The parties to the instant docketed proceeding are currently engaged in settlement discussions. If the parties successfully reach a settlement, undersigned defendants' Motion for Sanctions Under Rule 11, filed with this Court on March 9, 2007, shall become moot and will be withdrawn, in which event a decision on the motion is unnecessary. Therefore, defendants ask that the Motion be held in abeyance.

In the event that a settlement is in fact reached, undersigned defendants will withdraw the motion in accordance with the settlement procedures. In the event a settlement is not reached, the parties will notify the Court. Counsel for the undersigned defendants have consulted with plaintiff and are authorized to state that plaintiff does not object to the granting of this motion.

WHEREFORE, the undersigned defendants respectfully request that this motion to hold defendants' prior motion in abeyance be granted. Pursuant to Local Civil Rule 7(c) of this Court, defendants supply herewith a proposed order granting defendants' motion.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP P. KALODNER ) | |
| Plaintiff ) | CIVIL ACTION NO. |
| ) | 1:06CV00818 (RMC) |
| v. ) | |
| ) | |
| BODMAN, ET AL. ) | |
| Defendants ) | |

## **ORDER**

UPON CONSIDERATION of Defendants' Motion to Hold Defendants' Pending Motion For Sanctions In Abeyance and the grounds stated therein, it is on this _____, day of _____, 2007 hereby ORDERED that defendants' motion should be and hereby is GRANTED and defendants' Motion for Sanctions Under Rule 11, filed with this Court on March 9, 2007, is hereby held in abeyance until such time as the parties reach a settlement or this Court is notified that no settlement between the parties has been reached.

_____
United States District Court
for The District of Columbia

Respectfully submitted,

_____
s/ Stanley O. Sher, D.C. Bar #11924
Alison B. Macdonald, D.C. Bar #475079
SHER & BLACKWELL LLP
1850 M Street, N.W., Suite 900
Washington, D.C.  20036
Tel:  202-463-2500
Fax: 202-463-4950
Attorneys for Defendants
General Council on Finance and
Administration of the United
Methodist Church;
Seagroup, Inc.;
Zim Integrated Shipping Services, Ltd.

April 5, 2007

**CERTIFICATE OF SERVICE**

      This 5th day of April, 2007, I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM / ECF system which will send notification of such filing to: Stephen C. Skubel and Ada L. Mitrani, U.S. Dept. of Energy, Office of the General Counsel, GC-32, 1000 Independence Ave. SW, Washington DC 20585; Michael F. Healy, Morgan Lewis & Bockius LLP, 1111 Pennsylvania Ave. N.W., Washington D.C. 20004; and Philip P. Kalodner, Esq., 208 Righters Mill Road, Gladwyne, PA 19035.  I further certify that a true and accurate copy of the foregoing has been served on this 5th day of April, 2007 on John R. Low-Beer, Esq., Asst. Corporation Counsel, City of New York, New York City Law Department, 100 Church Street, New York, NY 10007 by US Mail, postage prepaid.

      _____
      s/ Stanley O. Sher
      SHER & BLACKWELL LLP
      1850 M St., N.W., Ste. 900
      Washington, D.C. 20036
      (202) 463-2500 (tel)
      (202) 463-4950 (fax)