IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILIP P. KALODNER          :                    :

    Plaintiff                :

            v.            : Civil Action No 06-0818 (RMC)

SAMUEL BODMAN,              :
Secretary of Energy et al   :

    Defendants

----------------------------

NOTICE OF APPEAL

Notice is hereby given that Philip P. Kalodner hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from a Memorandum Opinion and Order entered March 5, 2007 denying plaintiff's' motion pursuant to Fed. R. Civ. P. 59(e) to alter or amend the order and judgment entered December 18, 2006 and from the Memorandum and Opinion and Order entered December 18, 2006 granting the motions of the federal defendants and of the claimant defendants to dismiss the Complaint, denying plaintiff's motion to consolidate the instant matter and the remanded matters as of 03-1991(RMC) and 04-0152(HHK), denying plaintiff's motion for certification of a defendant claimant class, and dismissing the case both as against the federal defendants and as against the claimant defendants, such Order constituting a final order disposing of all of plaintiff's claims.



RECEIVED

APR 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Respectfully submitted,

/s/ Philip P. Kalodner

Philip P. Kalodner
208 Righters Mill Road
Gladwyne, PA 19035
(610) 649-8749
DC Bar 973578
Plaintiff
Pro Se

April 26, 2007

```
Court Name: District of Columbia
Division:
Receipt Number: 4615083912
Cashier ID: dcallis
Transaction Date: 04/27/2007
Payer Name: PHILIP P KALODNER PC
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: PHILIP P KALODNER PC
 Amount:       $455.00
-----------------------------------
CHECK
 Check/Money Order Num: 1254
 Amt Tendered: $455.00
-----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

06-818

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.
```

2