IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILIP P. KALODNER            :                                  :

    Plaintiff                 :
                         :

        v.              :  Civil Action No 06-0818 (RMC)
                         :

SAMUEL BODMAN,                :
Secretary of Energy et al    :
                         :

    Defendants

-------------------------------

## NOTICE OF APPEAL

Notice is hereby given that Philip P. Kalodner hereby appeals to the United States Court of Appeals for the Federal Circuit from a Memorandum Opinion and Order entered March 5, 2007 denying plaintiff's' motion pursuant to Fed. R. Civ. P. 59(e) to alter or amend the order and judgment entered December 18, 2006 and from the Memorandum and Opinion and Order entered December 18, 2006 granting the motion of the federal defendants to dismiss the Complaint, as well as the motion of the claimant defendants to dismiss the Complaint, and dismissing the case both against the federal defendants and the claimant defendants, such Order constituting a final order disposing of all of plaintiff's claims.

Respectfully submitted,

------------------------------
Philip P. Kalodner
208 Righters Mill Road
Gladwyne, PA 19035
(610) 649-8749
DC Bar 973578
Plaintiff
Pro Se

April 26, 2007

**RECEIVED**

APR 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Court Name: District of Columbia
Division: 1
Receipt Number: 4616303013
Cashier ID: justric
Transaction Date: 04/27/2007
Payer Name: PHILIP P KALODNER PC

NOTICE OF APPEAL/DOCKETING FEE
For: PHILIP P KALODNER PC
Amount:        $455.00

CHECK
Check/Money Order Num: 1253
Amt Tendered:  $455.00

Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00

06-818

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged.  A
$45 fee will be charged for a
returned check.