FORM 22. Transcript Purchase Order

# United States Court of Appeals for the Federal Circuit

Philip P. Kalodner

) Appeal from  ☒ U.S. Disrcict Court for Dist. Col.
             ❑ Court of International Trade
             ❑ Claims Court

—VERSUS—

) TRIAL COURT NO. 06=0818

Samuel Bodman, Sec. of Energy et al

) CIRCUIT COURT NO. 2007-1322

TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

PART I - TO BE COMPLETED BY THE APPELLANT WITHIN 10 DAYS OF FILING OF NOTICE OF APPEAL.
When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the Trial Court; 1 copy to the appellee; 1 copy retained by appellant.

A. Complete one of the following:
- [✓] A transcripts is not needed for the appeal      *No Transcribed Proceedings*
- [ ] A transcript is already on file
- [ ] Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):

Note: voir dire and closing arguments are not prepared unless specifically requested.

Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

B. I certify that financial arrangements have been made with the reporter. Payment is by:
- [ ] Private Funds
- [✓] Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED /s/ P. Kalodner  DATE 5/4/07  COUNSEL FOR Philip Kalodner
ADDRESS 208 Righters Mill Rd. Gladwyne PA 19035
TELEPHONE 610-649-8749

PART II - TO BE COMPLETED BY THE COURT REPORTER
2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript order is received.
Date Purchase Order received: _____
Estimated completion date: _____
Estimated number of pages: _____

I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

                                                Signature and Date
                             Telephone _____

PART III - NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Court of Appeals on the same date.)
This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the Trial Court today.

_____      _____
Date      Signature

Reset Fields

133

**PHILIP P. KALODNER**
ATTORNEY AT LAW

TELEPHONE (610) 649-8749

208 RIGHTER'S MILL ROAD
GLADWYNE, PA 19035
FAX (610) 649-6824

May 21, 2007

Hon. Nancy Mayer-Whittington
Clerk, U. S. District Court
for the District of Columbia
333 Constitution Ave. N.W.
Washington D.C. 20001

Re: <u>Philip P. Kalodner v. Samuel Bodman et al
06-CV-0818 (RMC)</u>

Dear Ms. Mayer-Whittington:

　　Enclosed for filing please find the Trial Court copy of the Transcript Purchase Order in connection with the appeal to the Court of Appeals for the Federal Circuit. As noted, no transcript is need ed for the appeal; indeed there were no transcribed evidentiary proceedings.

　　Thank you for your courtesy.

Sincerely,

Philip P. Kalodner